*Streever v. Mullin, et al.,*
**No. 1:26-cv-02356**

*Complaint*

# EXHIBIT 1

