*Streever v. Mullin, et al.,*
**No. 1:26-cv-02356**

*Complaint*

# EXHIBIT 2

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
U.S. DEPARTMENT OF HOMELAND SECURITY

## WARNING NOTICE

Recipient:

David Streever

### YOU MAY BE IN VIOLATION OF FEDERAL LAW

U.S. Immigration and Customs Enforcement (ICE), Office of Professional Responsibility (OPR) is responsible for protecting ICE, its employees, and its facilities against internal and external threats. OPR is responsible for enforcing crimes against the United States as authorized under Title 19 of the U.S. Code and as designated by the Secretary of Homeland Security, including criminal investigations into threats made against ICE personnel. OPR has identified an email sent to Acting ICE Director Todd Lyons, which it has reason to believe may constitute a violation of Title 18 of the U.S. Code. Accordingly, OPR is requesting that you promptly remove and/or discontinue the aforementioned behavior.

*This Notice officially informs you that it is unlawful to threaten to assault, kidnap, and/or murder a federal official or that federal official's immediate family member with the intent to impede, intimidate, and/or interfere with the federal official's duties or retaliate against a federal official due to the performance of their duties. 18 U.S.C. § 115(a). You are further advised that knowingly making restricted personal information about a covered person, or their immediate family member, publicly available with the intent to threaten, intimidate, or incite the commission of a crime of violence against that person; or with the intent and knowledge that the restricted personal information will be used to threaten, or intimidate, or facilitate the commission of a crime of violence against that person violates federal law. 18 U.S.C. § 119. Violations of these or related laws could subject you to both federal and state prosecution.*

OPR has documented the delivery of this Notice to you. Receipt of this Notice will be taken into consideration, should you continue to be involved in any criminal activities described above. If you wish to discuss this Notice and its contents further, please contact the undersigned Special Agent who served you with this Warning Notice or the local OPR field office.

Sincerely,


Special Agent
Office of Professional Responsibility
U.S. Immigration and Customs Enforcement

| ACKNOWLEDGMENT OF RECIPIENT |
| --- |

**I signed this Warning Notice voluntarily:**

Recipient's Name (Printed): _____

Recipient's Signature: _____  Date: _____

**Office of Professional Responsibility Warning Notice Served by:**

Special Agent's Name (Printed): _____

Special Agent's Signature: _____  Date: _____

Special Agent's Contact Information: _____

Location: _____

Witness's Name (Printed): _____

Witness's Signature: _____  Date: _____

Page 1 of 1