**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DAVID STREEVER,

*Plaintiff*,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, et al.,

*Defendants*.

Civil Action No.: 26-2356

**MOTION FOR PRO HAC VICE ADMISSION OF ADAM STEINBAUGH**

Pursuant to Civil Local Rule 83.2(c), Plaintiff moves for the pro hac vice admission and appearance of attorney Adam Steinbaugh in the above-entitled action. This motion is supported and signed by JT Morris, an active and sponsoring member of the Bar of this Court, as well as by the Declaration of Adam Steinbaugh and a certificate of good standing, filed herewith.

Dated: July 6, 2026

Respectfully submitted,

/s/ JT Morris

JT Morris, Bar No. 979772
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
jt.morris@fire.org

*Counsel for Plaintiff*

Adam Steinbaugh, Penn. Bar No. 326475*
Jeffrey Zeman, Penn. Bar No. 328570**
Hannah Abbott, Penn. Bar No. 337123**
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Ste. 900
Philadelphia, Penn. 19106
(215) 717-3473
adam@fire.org
jeff.zeman@fire.org
hannah.abbott@fire.org

* Pro hac vice application pending.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ JT Morris
JT Morris, Bar No. 979772
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
jt.morris@fire.org

*Counsel for Plaintiff*