AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| David Streever | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    26-2356 |
| Markwayne Mullin, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

     I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   David Streever  .

Date:     07/07/2026

/s/JT Morris
*Attorney's signature*

JT Morris, Bar No. 979772
*Printed name and bar number*
Foundation for Individual Rights and Expression
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003

*Address*

jt.morris@fire.org
*E-mail address*

(215) 717-3473
*Telephone number*

*FAX number*