**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DAVID STREEVER,<br><br>*Plaintiff*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, et al.,<br><br>*Defendants*. | Civil Action No. 1:26-cv-02356-RC |

**[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION**

Having fully considered Plaintiff's Motion for a Preliminary Injunction, it is hereby **ORDERED** that the Motion is **GRANTED**.

The Court finds that Plaintiff has shown a substantial likelihood of success on the merits and will suffer immediate and irreparable harm from Defendants' conduct absent immediate and preliminary injunctive relief, and further finds that the balance of equities and the public interest consequently tip in Plaintiff's favor.

Accordingly, it is hereby **ORDERED** that:

1.    Defendants, their officers, agents, servants, and employees, and any persons acting in concert with them during the course of this matter and until otherwise ordered by this Court or the case reaches finality, are **ENJOINED** from taking any further actions, formal or informal, to coerce, threaten, retaliate against, or intimate repercussions directly or indirectly to Plaintiff Streever for his protected speech and petitioning activity in his email dated January 26, 2026;

1

2. Defendants, their officers, agents, servants, and employees, and any persons acting in concert with them during the course of this matter and until otherwise ordered by this Court or the case reaches finality, are **ENJOINED** from taking any actions, formal or informal, to coerce, threaten, retaliate against, or intimate repercussions directly or indirectly to Streever due to his protected speech or petitioning activity;

3. Defendants, their officers, agents, servants, and employees, and any persons acting in concert with them during the course of this matter and until otherwise ordered by this Court or the case reaches finality, are **ENJOINED** from taking any further steps in reliance on Streever's receipt of the "WARNING NOTICE"; and

4. Pursuant to Federal Rule of Civil Procedure 65(c), Plaintiff is not required to post a bond for this injunction.

**SO ORDERED**.

Dated: _____

_____
HON. RUDOLPH CONTRERAS
United States District Judge

**PERSONS TO BE NOTIFIED UPON ENTRY**

Pursuant to Local Civil Rule 7(k), the below attorneys and parties are entitled to be notified of entry of the above proposed order:

Plaintiff's Counsel

JT Morris, Bar No. 979772
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION (FIRE)
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
jt.morris@fire.org

Adam Steinbaugh, Penn. Bar No. 326475*
Jeffrey Zeman, Penn. Bar No. 328570*
Hannah Abbott, Penn. Bar No. 337123*
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
adam@fire.org
jeff.zeman@fire.org
hannah.abbott@fire.org

* *Pro hac vice* application pending.

Defendants

Mason D. Bracken
Assistant United States Attorney
U.S. Attorney's Office for the District of
Columbia
601 D Street, NW
Washington, DC 20530
mason.bracken@usdoj.gov

3