AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| DAVID STREEVER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  26-2356 (RC) |
| MARKWAYNE MULLIN, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all defendants.                                                                                            .

Date:     07/07/2026                                   /s/ Dimitar P. Georgiev
                                                        *Attorney's signature*

                                                        Dimitar P. Georgiev, D.C. Bar #1735756
                                                        *Printed name and bar number*

                                                        U.S. Attorney's Office for the District of Columbia
                                                        601 D Street, NW
                                                        Washington, DC 20530

                                                        *Address*

                                                        dimitar.georgiev-remmel@usdoj.gov
                                                        *E-mail address*

                                                        (202) 252-7678
                                                        *Telephone number*

                                                        *FAX number*