IN THE UNITED STATES DISTRICT COURT
FIR THE DISTRICT OF COLUBIA

**David Streever**
, Plaintiff

Case No.: **26-2356-RC**

**Markwayne Mullin, in his official capacity as Secretary of the Department of Homeland Security, et al.**
, Defendant

For:
Foundation for Individual Rights and Expression (FIRE)

510 Walnut St.
Suite 1250
Grand Rapids, MI 49504

## AFFIDAVIT OF SERVICE BY MAILING

Received by Fortz Legal to be served on Markwayne Mullin, Department of Homeland Security.

I, **Kyle Coffman**, being duly sworn, depose and state that on **July 7, 2026** at **2:56 p.m., I:**

Deposited a true copy of the Summons, Case Assignment to Judge Rudolph Contreras, Complaint, Exhibits 1 and 2, Civil Cover Sheet, Sealed Document, Sealed Notice of Address, Motions for Leave to Appear *Pro Hac Vice*, Declarations, Certificates of Good Standing, and Notice and Consent, addressed to Markwayne Mullin at 245 Murray Lane, SW, Mail Stop 0485, Washington, DC 20528, in a properly sealed envelope with sufficient postage affixed, and deposited the envelope in the United States Mail via Certified Mail from Grand Rapids, Michigan.

I am over the age of 18 years and am not a party to or interested in the above-entitled action.

I declare under penalty of perjury that the foregoing is true and correct.

Kyle Coffman
Process Server

Fortz Legal Support, LLC
25 Division Avenue South Unit 325
Grand Rapids, Michigan 49503

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-02356-RC

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* David J. Venturella, Senior Official Performing the Duties of the Director was received by me on *(date)* Jul 7, 2026, 12:19 pm.

☐ I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ , a person of suitable age and discretion who resides there, on *(date)* ____________________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kara Springer , who is designated by law to accept service of process on behalf of *(name of organization)* David J. Venturella, Senior Official Performing the Duties of the Director on *(date)* Tue, Jul 07 2026 ; or

☐ I returned the summons unexecuted because: ____________________; or

☐ Other: ____________________; or

My fees are $ ____________________ for travel and $ ____________________ for services, for a total of $ ____________________.

I declare under penalty of perjury that this information is true.

Date: 07/07/26

Keith Wilson

*Server's signature*

Keith Wilson

*Printed name and title*

2228 Martin Luther jr ave Southeast, Washington , DC 20020

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 7, 2026, 2:26 pm EDT at 500 12th Street Southwest, Washington, DC 20536 received by Kara Springer. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'7"; Hair: White; Eyes: Hazel; Relationship: Mission Support/ Authorized to accept service;
Other: Upon arriving I observed an eleven story concrete building with glass entry doors. Security said that I was not allowed inside and all legal documents go to one person inside named Kara Springer who came downstairs and acknowledged herself as Mission Support and accepted all four sets of documents.

DOCUMENTS SERVED: SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO MAGISTRATE JUDGE; NOTICE OF ELECTRONIC FILING; NOTICE OF FULL ADDRESS; VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; EXHIBITS; MOTION FOR PRO HAC VICE ADMISSION OF ADAM STEINBAUGH, JEFFREY ZEMAN AND HANNAH ABBOTT

IN THE UNITED STATES DISTRICT COURT
FIR THE DISTRICT OF COLUBIA

**David Streever**
, Plaintiff

Case No.: **26-2356-RC**

**Markwayne Mullin, in his official capacity as Secretary of the Department of Homeland Security, et al.**
, Defendant

For:
Foundation for Individual Rights and Expression (FIRE)

510 Walnut St.
Suite 1250
Grand Rapids, MI 49504

**AFFIDAVIT OF SERVICE BY MAILING**

Received by Fortz Legal to be served on David J. Venturella, Senior Official Performing the Duties of the Director.

I, **Kyle Coffman**, being duly sworn, depose and state that on **July 7, 2026** at **2:56 p.m., I:**

Deposited a true copy of the Summons, Case Assignment to Judge Rudolph Contreras, Complaint, Exhibits 1 and 2, Civil Cover Sheet, Sealed Document, Sealed Notice of Address, Motions for Leave to Appear *Pro Hac Vice*, Declarations, Certificates of Good Standing, and Notice and Consent, addressed to David J. Venturella at 500 12th St. SW, Washington, DC 20536, in a properly sealed envelope with sufficient postage affixed, and deposited the envelope in the United States Mail via Certified Mail from Grand Rapids, Michigan.

I am over the age of 18 years and am not a party to or interested in the above-entitled action.

I declare under penalty of perjury that the foregoing is true and correct.

Kyle Coffman
Process Server

Fortz Legal Support, LLC
25 Division Avenue South Unit 325
Grand Rapids, Michigan 49503

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-02356-RC

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Jennifer M. Fenton, Associate Director was received by me on *(date)* Jul 7, 2026, 12:19 pm.

☐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kara Springer , who is designated by law to accept service of process on behalf of *(name of organization)* Jennifer M. Fenton, Associate Director on *(date)* Tue, Jul 07 2026 ; or

☐ I returned the summons unexecuted because: ____________; or

☐ Other: ____________; or

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________.

I declare under penalty of perjury that this information is true.

Date: 07/07/26

Keith Wilson

*Server's signature*

Keith Wilson

*Printed name and title*

2228 Martin Luther jr ave Southeast, Washington , DC 20020

*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Jul 7, 2026, 2:23 pm EDT at 500 12th Street Southwest, Washington, DC 20536 received by Kara Springer . Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'7"; Hair: White; Eyes: Hazel; Relationship: Mission Support/ Authorized to accept service;

Other: Upon arriving I observed an eleven story concrete building with glass entry doors. Security said that I was not allowed inside and all legal documents go to one person inside named Kara Springer who came downstairs and acknowledged herself as Mission Support and accepted all four sets of documents.

DOCUMENTS SERVED: SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO MAGISTRATE JUDGE; NOTICE OF ELECTRONIC FILING; NOTICE OF FULL ADDRESS; VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; EXHIBITS; MOTION FOR PRO HAC VICE ADMISSION OF ADAM STEINBAUGH, JEFFREY ZEMAN AND HANNAH ABBOTT

**IN THE UNITED STATES DISTRICT COURT**
**FIR THE DISTRICT OF COLUBIA**

**David Streever**
, Plaintiff

Case No.: **26-2356-RC**

**Markwayne Mullin, in his official capacity as Secretary of the Department of Homeland Security, et al.**
, Defendant

---

For:
Foundation for Individual Rights and Expression (FIRE)

510 Walnut St.
Suite 1250
Grand Rapids, MI 49504

---

**AFFIDAVIT OF SERVICE BY MAILING**

Received by Fortz Legal to be served on Jennifer M. Fenton, Associate Director.

I, **Kyle Coffman**, being duly sworn, depose and state that on **July 7, 2026** at **2:56 p.m., I:**

Deposited a true copy of the Summons, Case Assignment to Judge Rudolph Contreras, Complaint, Exhibits 1 and 2, Civil Cover Sheet, Sealed Document, Sealed Notice of Address, Motions for Leave to Appear *Pro Hac Vice*, Declarations, Certificates of Good Standing, and Notice and Consent, addressed to Jennifer M. Fenton at 500 12th St. SW, Washington, DC 20536, in a properly sealed envelope with sufficient postage affixed, and deposited the envelope in the United States Mail via Certified Mail from Grand Rapids, Michigan.

I am over the age of 18 years and am not a party to or interested in the above-entitled action.

I declare under penalty of perjury that the foregoing is true and correct.

Kyle Coffman
Process Server

Fortz Legal Support, LLC
25 Division Avenue South Unit 325
Grand Rapids, Michigan 49503

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-02356-RC

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* David Brodie, Special Agent was received by me on *(date)* Jul 7, 2026, 12:19 pm.

☐ I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ , a person of suitable age and discretion who resides there, on *(date)* ____________________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kara Springer , who is designated by law to accept service of process on behalf of *(name of organization)* David Brodie, Special Agent on *(date)* Tue, Jul 07 2026 ; or

☐ I returned the summons unexecuted because: ____________________; or

☐ Other: ____________________; or

My fees are $ ____________________ for travel and $ ____________________ for services, for a total of $ ____________________.

I declare under penalty of perjury that this information is true.

Date: 07/07/26

Keith Wilson

*Server's signature*

Keith Wilson

*Printed name and title*

2228 Martin Luther jr ave Southeast, Washington , DC 20020

*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Jul 7, 2026, 2:25 pm EDT at 500 12th Street Southwest, Washington, DC 20536 received by Kara Springer. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'7"; Hair: White; Eyes: Hazel; Relationship: Mission Support/ Authorized to accept service;

Other: Upon arriving I observed an eleven story concrete building with glass entry doors. Security said that I was not allowed inside and all legal documents go to one person inside named Kara Springer who came downstairs and acknowledged herself as Mission Support and accepted all four sets of documents.

DOCUMENTS SERVED: SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO MAGISTRATE JUDGE; NOTICE OF ELECTRONIC FILING; NOTICE OF FULL ADDRESS; VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; EXHIBITS; MOTION FOR PRO HAC VICE ADMISSION OF ADAM STEINBAUGH, JEFFREY ZEMAN AND HANNAH ABBOTT

IN THE UNITED STATES DISTRICT COURT
FIR THE DISTRICT OF COLUBIA

**David Streever**
, Plaintiff

Case No.: **26-2356-RC**

**Markwayne Mullin, in his official capacity as Secretary of the Department of Homeland Security, et al.**
, Defendant

For:
Foundation for Individual Rights and Expression (FIRE)

510 Walnut St.
Suite 1250
Grand Rapids, MI 49504

**AFFIDAVIT OF SERVICE BY MAILING**

Received by Fortz Legal to be served on David Brodie, Special Agent.

I, **Kyle Coffman**, being duly sworn, depose and state that on **July 7, 2026** at **2:56 p.m., I:**

Deposited a true copy of the Summons, Case Assignment to Judge Rudolph Contreras, Complaint, Exhibits 1 and 2, Civil Cover Sheet, Sealed Document, Sealed Notice of Address, Motions for Leave to Appear *Pro Hac Vice*, Declarations, Certificates of Good Standing, and Notice and Consent, addressed to David Brodie at 500 12th St. SW, Washington, DC 20536, in a properly sealed envelope with sufficient postage affixed, and deposited the envelope in the United States Mail via Certified Mail from Grand Rapids, Michigan.

I am over the age of 18 years and am not a party to or interested in the above-entitled action.

I declare under penalty of perjury that the foregoing is true and correct.

Kyle Coffman
Process Server

Fortz Legal Support, LLC
25 Division Avenue South Unit 325
Grand Rapids, Michigan 49503

Civil Action No. 1:26-cv-02356-RC

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Abbi Henry, Special Agent was received by me on *(date)* Jul 7, 2026, 12:19 pm.

☐ I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ , a person of suitable age and discretion who resides there, on *(date)* ____________________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kara Springer , who is designated by law to accept service of process on behalf of *(name of organization)* Abbi Henry, Special Agent on *(date)* Tue, Jul 07 2026 ; or

☐ I returned the summons unexecuted because: ____________________; or

☐ Other: ____________________; or

My fees are $ ____________________ for travel and $ ____________________ for services, for a total of $ ____________________.

I declare under penalty of perjury that this information is true.

Date: 07/07/26

Keith Wilson

*Server's signature*

Keith Wilson

*Printed name and title*

2228 Martin Luther jr ave Southeast, Washington , DC 20020

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 7, 2026, 2:26 pm EDT at 500 12th Street Southwest, Washington, DC 20536 received by Kara Springer. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'7"; Hair: White; Eyes: Hazel; Relationship: Mission Support/ Authorized to accept service;
Other: Upon arriving I observed an eleven story concrete building with glass entry doors. Security said that I was not allowed inside and all legal documents go to one person inside named Kara Springer who came downstairs and acknowledged herself as Mission Support and accepted all four sets of documents.

DOCUMENTS SERVED: SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO MAGISTRATE JUDGE; NOTICE OF ELECTRONIC FILING; NOTICE OF FULL ADDRESS; VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; EXHIBITS; MOTION FOR PRO HAC VICE ADMISSION OF ADAM STEINBAUGH, JEFFREY ZEMAN AND HANNAH ABBOTT

**IN THE UNITED STATES DISTRICT COURT**
**FIR THE DISTRICT OF COLUBIA**

**David Streever**
, Plaintiff

Case No.: **26-2356-RC**

**Markwayne Mullin, in his official capacity as Secretary of the Department of Homeland Security, et al.**
, Defendant

---

For:
Foundation for Individual Rights and Expression (FIRE)

510 Walnut St.
Suite 1250
Grand Rapids, MI 49504

---

**AFFIDAVIT OF SERVICE BY MAILING**

Received by Fortz Legal to be served on Abbi Henry, Special Agent.

I, **Kyle Coffman**, being duly sworn, depose and state that on **July 7, 2026** at **2:56 p.m., I:**

Deposited a true copy of the Summons, Case Assignment to Judge Rudolph Contreras, Complaint, Exhibits 1 and 2, Civil Cover Sheet, Sealed Document, Sealed Notice of Address, Motions for Leave to Appear *Pro Hac Vice*, Declarations, Certificates of Good Standing, and Notice and Consent, addressed to Abbi Henry at 500 12th St. SW, Washington, DC 20536, in a properly sealed envelope with sufficient postage affixed, and deposited the envelope in the United States Mail via Certified Mail from Grand Rapids, Michigan.

I am over the age of 18 years and am not a party to or interested in the above-entitled action.

I declare under penalty of perjury that the foregoing is true and correct.

Kyle Coffman
Process Server

Fortz Legal Support, LLC
25 Division Avenue South Unit 325
Grand Rapids, Michigan 49503

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-2356

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Trevor J. Pitts

was received by me on *(date)* 07//06/26 .

☒ I personally served the summons on the individual at *(place)* 75 N. Hangar Rd., Ste. 217, Jamaica, NY 11430 on *(date)* 07/07/2026 at 3:10 p.m.; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☒ Other *(specify)*: I served the summons* on Brian Herbert, Acting Assistant Special Agent in Charge at HSI, New York, who was authorized to accept on Trevor J. Pitts' behalf

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/08/26

[signature]

*Server's signature*

Eric B. Betron

*Printed name and title*

for Fortz Legal Support, LLC 25 Division Ave. S., Suite 325, Grand Rapids, MI 49503

*Server's address*

Additional information regarding attempted service, etc:

* Documents Served:

Summons, Case Assignment to Judge Rudolph Contreras; Complaint; Exhibit 1; Exhibit 2; Civil Cover Sheet; Sealed Document; Sealed Notice of Address; Motion for Leave to Appear Pro Hac Vice of Adam Steinbaugh; Declaration of Adam Steinbaugh; Certificate of Good Standing of Adam Steinbaugh; Motion for Leave to Appear Pro Hac Vice of Jeffrey Zeman; Declaration of Jeffrey Zeman; Certificate of Good Standing of Jeffrey Zeman; Motion for Leave to Appear Pro Hac Vice of Hannah Abbott; Declaration of Hannah Abbott; and Notice and Consent.

IN THE UNITED STATES DISTRICT COURT
FIR THE DISTRICT OF COLUBIA

**David Streever**
, Plaintiff

Case No.: **26-2356-RC**

**Markwayne Mullin, in his official capacity as Secretary of the Department of Homeland Security, et al.**
, Defendant

---

For:
Foundation for Individual Rights and Expression (FIRE)

510 Walnut St.
Suite 1250
Grand Rapids, MI 49504

---

**AFFIDAVIT OF SERVICE BY MAILING**

Received by Fortz Legal to be served on Trevor J. Pitts, Special Agent.

I, **Kyle Coffman**, being duly sworn, depose and state that on **July 7, 2026** at **2:56 p.m., I:**

Deposited a true copy of the Summons, Case Assignment to Judge Rudolph Contreras, Complaint, Exhibits 1 and 2, Civil Cover Sheet, Sealed Document, Sealed Notice of Address, Motions for Leave to Appear *Pro Hac Vice*, Declarations, Certificates of Good Standing, and Notice and Consent, addressed to Trevor J. Pitts at 75 N. Hangar Rd., Ste. 217, Jamaica, NY 11430, in a properly sealed envelope with sufficient postage affixed, and deposited the envelope in the United States Mail via Certified Mail from Grand Rapids, Michigan.

I am over the age of 18 years and am not a party to or interested in the above-entitled action.

I declare under penalty of perjury that the foregoing is true and correct.

Kyle Coffman
Process Server

Fortz Legal Support, LLC
25 Division Avenue South Unit 325
Grand Rapids, Michigan 49503