**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DAVID STREEVER,

          *Plaintiff*,

    v.

MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, et al.,

          *Defendants*.

Civil Action No. 1:26-cv-02356-RC

**[PROPOSED] ORDER DENYING DEFENDANTS'**
**MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(3) AND**
**DEFENDANTS' ALTERNATIVE MOTION TO TRANSFER VENUE**

Having fully considered Defendants' Motion to Dismiss the Complaint Under Federal Rule of Civil Procedure 12(b)(3) or to Transfer Venue, and the entire record herein, it is hereby

**ORDERED** that Defendants' Motion to Dismiss is **DENIED**; and it is

**FURTHER ORDERED** that Defendants' alternative Motion to Transfer this case to the United States District Court for the Western District of New York is **DENIED**; and it is

**FURTHER ORDERED** that Defendants shall raise any other defenses under Fed. R. Civ. P. 12 on or before any such motion is due in response to the complaint (*i.e.*, sixty days after service on Defendants pursuant to Fed. R. Civ. P. 4(i) or as otherwise extended by the Court).

**SO ORDERED**.

Dated: _____

          _____
          HON. RUDOLPH CONTRERAS
          United States District Judge

1