**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DAVID STREEVER, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 26-2356 (RC) |
| | : | |
| v. | : | Re Document Nos.: 9, 17 |
| | : | |
| MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, *et al.* | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**GRANTING IN PART PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND DENYING DEFENDANTS' MOTION TO DISMISS OR TRANSFER VENUE**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiff's motion for a preliminary injunction (ECF No. 9) is **GRANTED in part** and Defendant's motion to dismiss or transfer venue (ECF No. 17) is **DENIED**. It is hereby:

**ORDERED** that the Warning Notice attached to Plaintiff's Verified Complaint (ECF No. 1-2) is **TEMPORARILY VACATED** during the course of this matter or until otherwise ordered by this Court or a reviewing court or until this case reaches finality; and it is

**FURTHER ORDERED** that Defendants, their officers, agents, servants, and employees as well as anyone acting in concert with them for purposes of their official duties are **PRELIMINARILY ENJOINED** from relying on and from taking further steps in reliance on the Warning Notice attached to Plaintiff's Verified Complaint (ECF No. 1-2) and from issuing any substantially similar threats to Plaintiff aimed at his protected expression during the course of

this matter or until otherwise ordered by this Court or a reviewing court or until this case reaches finality; and it is

**FURTHER ORDERED** that Defendants, their officers, agents, servants, and employees as well as anyone acting in concert with them for purposes of their official duties are **PRELIMINARLY ENJOINED** from prosecuting or issuing investigative demands to Mr. Streever relying in whole or in part on his January 26, 2026 email attached to Plaintiff's Verified Complaint (ECF Nos. 1-1) during the course of this matter or until otherwise ordered by this Court or a reviewing court or until this case reaches finality; and it is

**FURTHER ORDERED** that Defendants shall produce to the Court for *in camera* review Senior Special Agent Abbi Henry's report from June 30, 2026, that was intended to serve as a closing report for the investigation into Mr. Streever and any documentation evidencing supervisory approval of that report or official documentation closing the investigation into Mr. Streever on or before October 9, 2026; and it is

**FURTHER ORDERED** that this Order is **STAYED** for fourteen days after its issuance so that Defendants have an opportunity to seek appellate review and seek a stay of this Order if they so desire, after which it will automatically take effect absent an intervening order from this Court or a higher court.

**SO ORDERED**.

Dated: September 15, 2026

RUDOLPH CONTRERAS
United States District Judge