UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID STREEVER,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, et al.,<br><br>Defendants. | Civil Action No. 26-2356 (RC) |

**DEFENDANTS' CONSENT MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, by and through undersigned counsel, respectfully move to extend the Government's deadline to answer or otherwise respond to Plaintiffs' complaint (ECF No. 1), by thirty days—from October 5 to November 5, 2026. Pursuant to Local Civil Rule 7(m), the parties conferred. Plaintiff courteously consents to the relief sought herein. Defendant respectfully submits that good cause exists for this requested extension under Federal Rule of Civil Procedure ("Rule") 6(b), and in support thereof, states as follows.

1. Initially, in this First Amendment case, the Court granted in part Plaintiff's motion for preliminary injunction. ECF No. 24.

2. With the Court's entry of that preliminary injunction, Mr. Streever currently has the relief he sought: protection of his asserted First Amendment rights. An extension of the response to the Complaint, accordingly, will cause him no prejudice.

3. Second, the undersigned is in the depths of preparing for a two-week jury trial in *Kincaid v. Blanche*, Civ. A. No. 17-1941 (RDM) (D.D.C.) set to begin October 1 and continue

through October 15 or October 16, 2026; these preparations and the conduct of the trial have necessitated the undersigned to seek extensions in this and other cases.

4. Third, in light of the above, the undersigned and Defendants need additional time to evaluate the effect of the Court's recent rulings, on Plaintiff's motion for preliminary injunction and Defendants' motion to dismiss for improper venue or transfer, on the appropriate path forward in the case, including the remaining issues and scope of the litigation.

5. Fourth, the undersigned has competing deadlines in his robust and active docket of older pending cases which necessitate additional time to discuss this matter with Defendants and formulate an appropriate filing for the Court's consideration.

6. Fifth, Defendants need sufficient time to ensure review consistent with Department of Justice procedures.

7. Defendants note that this motion does not seek an extension of this other deadline: "FURTHER ORDERED that Defendants shall produce to the Court for *in camera* review Senior Special Agent Abbi Henry's report from June 30, 2026, that was intended to serve as a closing report for the investigation into Mr. Streever and any documentation evidencing supervisory approval of that report or official documentation closing the investigation into Mr. Streever on or before October 9, 2026[.]" ECF No. 24.

* * *

A proposed order is attached.

Dated: September 30, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Mason D. Bracken*

MASON D. BRACKEN
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2523
mason.bracken@usdoj.gov

*Attorney for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID STREEVER,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, et al.,<br><br>Defendants. | Civil Action No. 26-2356 (RC) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' consent motion to extend the deadline to answer or otherwise respond to Plaintiffs' complaint, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants deadline to answer or otherwise respond to Plaintiff's Complaint is extended until November 5, 2026.

SO ORDERED.

______________
Date

______________________________
RUDOLPH CONTRERAS
United States District Judge