UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID STREEVER,

Plaintiff,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, et al.,

Defendants.

Civil Action No. 26-2356 (RC)

**NOTICE OF COMPLIANCE**

Pursuant to the Court's September 15, 2026, Order (ECF No. 24) Defendants respectfully file this notice to inform the Court and Plaintiff that, on this date, it lodged with the Court for its *in camera* review a document responsive to that Order. Defendants do not view this *in camera* submission to the Court as waiver of their rights to assert any privileges with respect to further disclosure of this document.

Dated: October 9, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Mason D. Bracken*
MASON D. BRACKEN
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2523
mason.bracken@usdoj.gov

*Attorney for the United States of America*