UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID STREEVER,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, et al.,<br><br>Defendants. | Civil Action No. 26-2356 (RC) |

**DEFENDANTS' SECOND CONSENT MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, by and through undersigned counsel, respectfully move to extend the Government's deadline to answer or otherwise respond to Plaintiffs' complaint (ECF No. 1), by four weeks—from November 5 to December 3, 2026. Pursuant to Local Civil Rule 7(m), the parties conferred. Plaintiff courteously consents to the relief sought herein. Defendant respectfully submits that good cause exists for this requested extension under Federal Rule of Civil Procedure ("Rule") 6(b), and in support thereof, states as follows.

1. Initially, in this First Amendment case, the Court granted in part Plaintiff's motion for preliminary injunction. ECF No. 24.

2. With the Court's entry of that preliminary injunction, Mr. Streever currently has the relief he sought: protection of his asserted First Amendment rights. An extension of the response to the Complaint, accordingly, will cause him no prejudice.

3. Second, the Government is working on a proposal to resolve the case and bring this matter to a close. The Government needs some time to finalize the details of that proposal. The

Government anticipates that the extension requested will allow time to finalize the proposal, convey it to Plaintiff, and allow the parties to meet and confer.

4. Third, the undersigned recently completed a two-week jury trial in *Kincaid v. Blanche*, Civ. A. No. 17-1941 (RDM) (D.D.C.) which began October 1 and continued through October 14, 2026. Since the trial, the undersigned has been diligently working to catch up on the work required by competing deadlines and responsibilities in his robust and growing docket of pending cases.

5. This motion is filed in good faith and not for purposes of gaining any unfair advantage through delay. There are no other existing deadlines in this case.

A proposed order is attached.

Dated: November 3, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Mason D. Bracken*

MASON D. BRACKEN
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2523
mason.bracken@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID STREEVER,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, et al.,<br><br>Defendants. | Civil Action No. 26-2356 (RC) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' second consent motion to extend the deadline to answer or otherwise respond to Plaintiff's complaint, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint is extended from November 5 until December 3, 2026.

SO ORDERED.

______________
Date

____________________________
RUDOLPH CONTRERAS
United States District Judge